| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | JEFFREY A. SPIVAK |
| | Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-mj-00023-SAB |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| MICHAEL DENTONI, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED: April 26, 2022                         Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              United States Attorney

                                        By:   /s/ Jeffrey A. Spivak
                                              JEFFREY A. SPIVAK
                                              Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated:  **April 26, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

2